NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


LUC PIERRE-CHARLES,                    )
                                       )
      Appellant,                   )
                                       )
v.                                     )    Case No.  2D16-1248
                                       )
STATE OF FLORIDA,                      )
                                       )
      Appellee.                    )
_____)

Opinion filed March 23, 2018.

Appeal from the Circuit Court for Pasco
County; Susan L. Barthle, Judge.

Howard L. Dimmig, II, Public Defender,
and David B. Falstad, Special Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Michael Schaub,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

        Affirmed.


CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.